Mandy Leigh
Sarah Fairchild
LEIGH LAW GROUP
870 Market St., Suite 1161
San Francisco, CA 94102
Office: (415) 399-9155
Fax: (415) 399-9608
mleigh@leighlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| A.R., by and through his parent, C.R.,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.  CV 10 0221 (EMC)<br><br>**Notice of Withdrawal of Filing of Declination to Proceed Before A Magistrate Judge And Request For Declination To Be Withdrawn**<br><br>Courtroom:  Ctrm C, 15th Floor<br>Judge:         Hon. Edward Chen<br><br>Complaint Filed:      January 15, 2010 |
|---|---|

**TO THE COURT, DEFENDANTS AND ATTORNEYS OF RECORD:**

It has come to the attention of counsel for PlaintiffsA.R., by and through his Parent, C.R. that the Plaintiff inadvertently filed an incorrect form "Declination to Proceed Before a Magistrate Judge" [Docket #5].

To correct this error, Plaintiff filed a corrected  "Consent to Proceed Before A Magistrate Judge" on April 6, 2010 and ask that the Request for Declination be Withdrawn. [Docket #7].

                            Respectfully Submitted,

DATED: April 7, 2010                 By: _/s/ Mandy G. Leigh
                                         Mandy G. Leigh
                                         Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.R., by and through his parent, C.R., <br><br> Plaintiff, <br><br> v. <br><br> SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No.: ~~3:09-cv-03557-JSW~~  10-0221 EMC <br><br> [PROPOSED] ORDER GRANTING REQUEST TO WITHDRAW PLAINTIFF'S FILING OF DECLINATION TO PROCEED BEFORE A MAGISTRATE |

Plaintiff's request to have his form withdrawn ("Declination to Proceed Before A Magistrate Judge") [Docket #5] having been considered, satisfactory proof having been made, and good cause appearing,

IT IS ORDERED that:

Plaintiff's Declination is withdrawn.

DATE:  4/7/10 _____

Judge



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen