# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.R. by and through his parents | Case No. 3:10-cv-00221-VRW |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT | Trial Date:     None |
| Defendant | |

The Court, having reviewed and considered the STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE DATES, and finding good cause does hereby ORDER that the parties' current case management conference date of September 2, 2010 be vacated and that the parties' case management conference date be reset to October 7, 2010 at 3:30.

IT IS SO ORDERED

DATED: 8/23/2010

_____
The Hon. Judge Vaughn R Walker, Chief Judge Walker
Judge of the United States District Court
For the Northern District of California

[PROPOSED] ORDER REGARDING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATES AND; Civil Action No.: 3:10-cv-00221-VRW

1