MANDY G. LEIGH (SBN 225748)
SARAH J. FAIRCHILD (SBN 238469)
Leigh Law Group *also DBA EDULEGAL*
870 Market Street, Suite 1161
San Francisco, CA 94102
Telephone: (415) 399-9155
Fax: (415)399-9608

Attorneys for Plaintiff,
A.R.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.R. by and through his parent C.R.<br><br>    Plaintiff<br><br>  v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT<br><br>    RESPONDENT. | **Case No.** 3:10-cv-00221-VRW<br><br>**NOTICE OF WITHDRAWAL OF COMPLAINT** |

IT IS SO ORDERED
Judge Vaughn R Walker
9/24/2010

Plaintiff filed an Appeal from a Decision of the California Office of Administrative Hearings pursuant to the Individuals with Disabilities in Education Act (20 U.S.C. §1415 et seq.) on January 15, 2010.  This serves as notice that the parties in the above-mentioned matter have reached settlement and that Plaintiff formally withdraws his complaint with prejudice.

1
**NOTICE of WITHDRAWAL of COMPLAINT** 3:10-cv-00221-VRW

1 | September 17, 2010            /s/ Mandy G. Leigh
2 | Dated                                  Mandy G. Leigh,
                                                *Attorney for Plaintiff A.R.*